

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TERRY WAYNE CHILTON AND CHILTON FINANCIAL SERVICES, L.P., | § § § | No. 08-15-00367-CV |
| | | Appeal from the |
| Appellants, | § | |
| V. | | 260th District Court |
| | § | |
| REX MCCORQUODALE, ANN MCCORQUODALE, AND KNOX MCCORQUODALE, | § § | of Orange County, Texas |
| | | (TC# D-130,258-C) |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to set aside the judgment and remand to the trial court for rendition of judgment in accordance with the parties' agreement. We therefore set aside the judgment without regard to the merits and remand the cause to the trial court for entry of judgment in accordance with the parties' agreement. All costs of this appeal are taxed against the party incurring the same. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.